**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN HARDNEY,<br><br>      Plaintiff,<br><br>vs.<br><br>ANTHONY LAMARQUE, et al.,<br><br>      Defendants. | No. 2:04-CV-0476-RRB-KJM P<br><br>**ORDER** |

      Plaintiff John Hardney ("Plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On August 2, 2007, Magistrate Judge Kimberly J. Mueller filed Findings & Recommendations (Docket 28) herein, which were served on all parties and which contained notice to all parties that any objections to the same were to be filed within twenty days.  The time period has now expired and neither party has filed objections to the Findings & Recommendations.

ORDER DENYING DEFENDANTS' MOTION TO DISMISS - 1
2:04-CV-0476-RRB-KJM P

The Court has reviewed the file and finds the Findings & Recommendations at Docket 28 to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings & Recommendations at **Docket 28**, filed on August 2, 2007, are adopted in full; and

2. Defendants' Motion to Dismiss at **Docket 25** is **DENIED**.

**ENTERED** this 2nd day of October, 2007.

                                    S/RALPH R. BEISTLINE
                                    UNITED STATES DISTRICT JUDGE