IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| JOHN HARDNEY, | 2:04-cv-0476 RRB KJM P |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| ANTHONY LAMARQUE, et al., | |
| Defendants. | |

On January 11, 2008, Defendant LaMarque sought an extension of time of fourteen days, to and including January 28, 2008, to respond to plaintiff's request for interrogatories. Good cause appearing, defendant's request is granted.

DATED: January 17, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1