IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN HARDNEY,** | 2:04-cv-0476 RRB KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **ANTHONY LAMARQUE, et al.,** | |
| Defendants. | |

On February 21, 2008, defendants sought a second extension of time of five court days (docket no. 45), to and including March 7, 2008, to complete discovery. Good cause appearing, defendants' request is granted.

Dated: February 29, 2008.

_____
U.S. MAGISTRATE JUDGE

[Proposed] Order

1