IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN HARDNEY,** | 2:04-cv-0476 JAM KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **ANTHONY LAMARQUE, et al.,** | |
| Defendants. | |

Defendants' request for an extension of time to file a dispositive motion (docket no. 54) was considered by this Court, and good cause appearing, the parties are granted an extension of 14 days to July 11, 2008, to file a dispositive motion.

IT IS SO ORDERED.

DATED: July 8, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1