IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HARDNEY,

      Plaintiff,                  No. CIV S-04-0476 JAM KJM P

    vs.

ANTHONY LAMARQUE, et al.,

      Defendants.         ORDER

_____/

Plaintiff has requested an extension of time to file and serve an opposition to defendants' July 11, 2008 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's request for an extension of time (docket no. 60) is granted; and

    2. Plaintiff shall file and serve an opposition to defendants' July 11, 2008 motion for summary judgment within thirty days of the date of this order. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: August 21, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
hard0476.36