IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HARDNEY,

    Plaintiff,                   No. CIV S-04-476 JAM KJM P

    vs.

ANTHONY LA MARQUE, et al.

    Defendant.              <u>ORDER</u>

          /

        Plaintiff has filed a motion requesting court intervention to correct what he alleges are abuses from an institutional law librarian; he contends that the librarian refuses to copy his documents if words are crossed out.  He also alleges that he does not have access to his legal property and so is unable to establish a factual basis for his objections to the court's findings and recommendation.

        The court declines to intervene.  Plaintiff makes general reference to the fact that he cannot establish a factual basis for his objections without access to his property, but does not otherwise suggest what materials in his property will supply the necessary predicate.

/////

/////

/////

1    The court also notes that it will accept documents with words crossed out; the
2 underlying motion in fact contains a stricken word.
3    IT IS THEREFORE ORDERED that plaintiff's motion for court intervention
4 (docket no. 73) is denied.
5 DATED: July 14, 2009.

_____
U.S. MAGISTRATE JUDGE

2
hard0476.ord